IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

LEE K. OWENS,

    Plaintiff,

  v.                                                        No. CIV 14-0045 RB/KBM

RAMON C. RUSTIN, et al.,

    Defendants.

ORDER TO CURE DEFECTS

This matter is before the Court *sua sponte*. According to the docket, Plaintiff has been released from custody. Because Plaintiff has been released, the Court will require him to submit an amended § 1915 motion. *See Holmes v. Hardy*, 852 F.2d 151, 153 (5th Cir. 1988), *quoted in Scherer v. Kansas*, 263 F. App'x 667, 669 (10th Cir. 2008); *and see Drayer v. Attorney General*, 81 F. App'x 429, 431 (3d Cir. 2003). Failure to comply with this Order may result in dismissal of the complaint.

IT IS THEREFORE ORDERED that, within fourteen days from entry of this Order, Plaintiff file an Application to Proceed in District Court Without Prepaying Fees or Costs; and the Clerk shall mail to Plaintiff a long form Application with a copy of this Order.

_____
UNITED STATES CHIEF MAGISTRATE JUDGE